IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GEORGE EDWARD MOORE, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 11-0724-WS-M |
| COI J. LONG, et al., | : |
| Defendants. | : |

JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** with prejudice.

DONE this 27th day of November, 2012.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE